ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Geodesicx, Inc. | ) ASBCA No. 63986 |
| | ) |
| Under Contract No. N65236-12-D-3883 | ) |

APPEARANCES FOR THE APPELLANT:          Jesse B. Gordon, Esq.
                                        J. Bradley Reaves, Esq.
                                        Paul Hawkins, Esq.
                                          Reaves GovCon Group
                                          Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Brian G. Lee, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Hanscom AFB, MA

                                        Adrianne L. Goins, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 23, 2025

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63986, Appeal of Geodesicx, Inc., rendered in conformance with the Board's Charter.

Dated:  June 24, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals